ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
OVER THE COUNTER
JUL 13 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

SHANNON M. GARNER, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

07-525 C

Post Office Box:

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 296-1798 (202) 296-7220 fax

E-mail address: chouse@bernstein-lipsett.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A R

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

**ALPHABETIZED, NUMBERED LIST OF PLAINTIFFS**

1. SHANNON M. GARNER
2. CONNIE G. OVERTON
3. SUSAN E. RICHARDS
4. ROBERT H. SHAFFER V.
5. VICKI LYNN SHAFFER
6. MARY S. SUROVEC
7. WILLIE H. TRUEHART
8. JUDI L. WATTERSON
9. LOLA M. WHEELER
10. SCOTT J. WHITCOMB