# In the United States Court of Federal Claims

No. 07-525 C

(E-Filed: November 7, 2007)

| | |
|---|---|
| GARNER, ET. AL., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR) filed pursuant to Rule 16 of the Rules of the Court of Federal Claims (RCFC) and RCFC Appendix A. Ordinarily, the court would now schedule an initial status conference. However, from information provided in the JPSR, the court understands that an initial status conference would likely be more appropriately scheduled after the disposition of the petition for certiorari in the Adams, et. al. v. United States case. The parties shall notify the court within five business days after such disposition. If the parties or either of them believe(s) that a status conference would be of assistance to the resolution of the case sooner, the parties, or either of them, are requested to notify the court by motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge