IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHANNON M. GARNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-525C<br>(Judge Emily C. Hewitt) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by this Court on November 7, 2007, the Court is hereby notified that plaintiffs' Petition for Writ of Certiorari filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), regarding the claims for compensation for GS-12 criminal investigators for driving to and from work in a Government vehicle, was denied on January 7, 2008. Plaintiffs are considering what further action to take at this time.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: January 17, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: January 17, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 17th day of January 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**