# In the United States Court of Federal Claims

No. 07-525 C

(E-Filed: June 26, 2008)

GARNER, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Per the court's Order of November 7, 2007, the parties were to notify the court within five business days after the disposition of the petition for certiorari in the Adams, et. al. v. United States case in order to schedule a status conference. The court is aware that such disposition occurred well more than five business days ago, but the parties have not notified the court.

On or before Monday, July 7, 2008, the parties shall file a joint status report, or if they cannot agree, separate status reports with the court, updating the court on the status of the case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge