# In the United States Court of Federal Claims

No. 07-525 C

(E-Filed: June 30, 2008)

| | |
|---|---|
| GARNER, ET AL., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On June 26, 2008, the court chided the parties for failing to respond to its order of November 7, 2007. In fact, the parties had responded by Joint Status Report dated and filed January 17, 2008. The court apologizes for its error.

The court renews its directive that, on or before Monday, July 7, 2008, the parties shall file a joint status report, or if they cannot agree, separate status reports with the court, updating the court on the status of the case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge