# In the United States Court of Federal Claims

No. 07-525 C

(E-Filed: July 10, 2008)

| | |
|---|---|
| GARNER, ET AL., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Joint Status Report of the parties that was filed July 7, 2008 (JSR). The JSR states, "Defendant anticipates filing a dispositive motion concerning the home-to-work driving claims in this case on or before July 18, 2008." JSR 2. If defendant shall not have filed its dispositive motion on or before July 18, 2008, the parties shall, on or before July 25, 2008, file a joint status report, or, if the parties cannot agree, separate status reports, suggesting further proceedings in the case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge