# In the United States Court of Federal Claims

No. 07-525 C

(E-Filed: July 24, 2008)

GARNER, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On July 10, 2008, the court ordered the parties to file a joint status report (JSR) on or before July 25, 2008 if defendant had not filed its dispositive motion on or before July 18, 2008. Order of July 10, 2008. On July 23, 2008, Defendant's Motion for Judgment on the Pleadings, Dismissing "Driving Time Claims" (defendant's Motion or Def.'s Mot.) was filed. Def.'s Mot. 1. The court deems the filing of defendant's Motion to comply substantially with the court's order of July 10, 2008. The parties need not file the JSR referenced in the court's order of July 10, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge